```
 1  JONATHAN ALLAN KLEIN (SBN 162071)
    jaklein@khklaw.com
 2  THOMAS K. HOCKEL (SBN 172367)
    thockel@khklaw.com
 3  WILLIAM L. MARCHANT (SBN 154445)
 4  wmarchant@khklaw.com
    KELLY, HOCKEL & KLEIN P.C.
 5  44 Montgomery Street, Suite 1500
    San Francisco, CA 94104
 6  Tel.: (415) 951-0535
 7  Fax: (415) 391-7808

 8  Attorneys for Defendant
    PENSKE LOGISTICS, LLC (erroneously
 9  sued as PENSKE TRUCK LEASING)

10
    Sepulveda Sanchez Law, PC
11  GABRIEL SANCHEZ (SBN 283326)
    3320 Victory Blvd.
12  Burbank, CA 91505
13  Tel.: (213) 426-1051
    Fax: (213) 426-1052
14
15  Attorneys for Plaintiff
    MIGUEL DAVILA
16
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MIGUEL DAVILA, an individual, | Case No.: 2:15-CV-01876-JAM-DAD |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| PENSKE TRUCK LEASING, and DOES 1 to 50, | |
| Defendants. | |

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1     TO ALL PARTIES AND THEIR ATTRORNEYS OF RECORD:

2     Based on the parties filing a Stipulation Dismissing Action with Prejudice
3 pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the court hereby
4 dismisses this action with prejudice.  Each party to bear their own attorney's fees
5 and costs.

DATED:  6/10/2016

                            /s/ John A. Mendez_____
                            THE HONORABLE JOHN A. MENDEZ
                            U.S. DISTRICT COURT JUDGE